**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.:** 1:22-cr-110 |
| Plaintiff, | : | |
| | : | **JUDGE** BARRETT |
| v. | : | |
| | : | **I N F O R M A T I O N** |
| **ANTHONY GASTON,** | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(C) |
| Defendant. | : | |
| | : | **NOTICE OF FORFEITURE** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute)**

On or about July 1, 2022, within the Southern District of Ohio, the defendant, **ANTHONY GASTON**, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

**FORFEITURE ALLEGATION**

Upon conviction of the offense set forth in Count 1 of this Information, the defendant, **ANTHONY GASTON**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant, up to the value of the property described above.


**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*/s/ Ashley N. Brucato*
**ASHLEY N. BRUCATO**
**ASSISTANT UNITED STATES ATTORNEY**